**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF FLORIDA**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**         **Wood Resource Recovery, L.L.C.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    5 9 – 3 6 9 1 5 6 7

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6241 NW 23rd St.** | |
| Number    Street | Number    Street |
| **Suite 501A** | |
| | P.O. Box |
| **Gainesville    FL    32653** | |
| City    State    ZIP Code | City    State    ZIP Code |
| **Alachua** | **Location of principal assets, if different from principal place of business** |
| County | **10606 State Road 121** |
| | Number    Street |
| | **Gainesville, FL 32653** |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**    http://www.woodresourcerecovery.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Wood Resource Recovery, L.L.C.** _____ Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
         District _____ When _____ Case number _____
                                      MM / DD / YYYY
         District _____ When _____ Case number _____
                                      MM / DD / YYYY

Debtor **Wood Resource Recovery, L.L.C.**      Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____ MM/DD/YYYY<br>      Case number, if known _____<br><br>      Debtor _____ Relationship _____<br>      District _____ When _____ MM/DD/YYYY<br>      Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number  Street<br>_____<br>_____ _____ _____<br>City                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

Debtor **Wood Resource Recovery, L.L.C.**     Case number (if known) _____

### 14. Estimated number of creditors

- [ ] 1-49
- [ ] 50-99
- [x] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

### 15. Estimated assets

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [x] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### 16. Estimated liabilities

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [x] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Part X:  Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/28/2016**
MM / DD / YYYY

X **/s/ William G. Gaston, III**     **William G. Gaston, III**
Signature of authorized representative of debtor    Printed name

Title **President/CEO**

### 18. Signature of attorney

X **/s/ Seldon J. Childers, Esquire**     Date **01/28/2016**
Signature of Attorney for Debtor    MM / DD / YYYY

**Seldon J. Childers, Esquire**
Printed name
**ChildersLaw, LLC**
Firm Name
**2135 N.W. 40th Terrace, Ste. B**
Number    Street
**Gainesville, FL 32605**

_____    _____    _____
City    State    ZIP Code

Contact phone **(866) 996-6104**    Email address **jchilders@smartbizlaw.com**

**61112**     **FL**
Bar number    State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:  **Wood Resource Recovery, L.L.C.**                             CASE NO

                                                                                                    CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/28/2016                              Signature  /s/ William G. Gaston, III
                                                                   *William G. Gaston, III*
                                                                   *President/CEO*

Date _____                Signature _____

                                                                   /s/ Seldon J. Childers, Esquire
                                                                   *Seldon J. Childers, Esquire*
                                                                   *61112*
                                                                   *ChildersLaw, LLC*
                                                                   *2135 N.W. 40th Terrace, Ste. B*
                                                                   *Gainesville, FL 32605*
                                                                   *jchilders@smartbizlaw.com*
                                                                   *(866) 996-6104*

| | | |
|---|---|---|
| 1st Manatee Bank<br>12215 US Hwy. 301 N<br>Parrish, FL 34219 | Brendon Kort<br>7703 Erinwood Court East<br>Jacksonville, FL 32256 | Columbia Bank<br>173 NW Hillsboro St.<br>Lake City, FL 32055-2055 |
| Action Labor of Florida, LLC<br>624 Nottingham Blvd.<br>West Palm Beach, FL 33405 | Brian Collins<br>7807 Rolling Hills Dr.<br>Jacksonville, FL 32221 | Corey Fowler<br>45083 Evelyn St.<br>Callahan, FL 32011 |
| Adam Frame<br>700 NW 66th Pl.<br>Ocala, FL 34475 | Camilo Fita<br>5328 NW 93rd Ave.<br>Gainesville, FL 32653 | Curtis Dallas<br>296 SE Montrose Ave.<br>Lake City, FL 32025 |
| Alachua County Tax Collector<br>John Power<br>12 SE 1st St.<br>County Administration Bldg.<br>Gainesville, FL 32601 | Caterpillar, Inc.<br>Attn: David Spears<br>501 SW Jefferson Ave.<br>Peoria, IL 61630 | Danny Steele<br>P O Box 552<br>Lowell, FL 32663 |
| Allen, Maxwell & Silver, Inc.<br>190 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | Caterpillar/Commercial Accounts<br>P O Box 905229<br>Charlotte, NC 28290-5229 | David Milam<br>7071 NE 106th Ter.<br>Bronson, FL 32621 |
| Alvin Wilkerson<br>3004 W 9th St.<br>Jacksonville, FL 32254 | Chaz Branson<br>10980 W. Hwy. 318<br>Reddick, FL 32686 | Deere Credit, Inc.<br>P O Box 650215<br>Dallas, TX 75265-0215 |
| Aramark Uniform Services, a division of Aramark Uniform & Career Apparel, LLC<br>115 North First St.<br>Burbank, CA 91502 | Chris Celebre<br>1750 SE 80th St.<br>Ocala, FL 34480 | Dorothy Livengood<br>7565 NW 47th Way<br>Gainesville, FL 32653 |
| Arthur Arville<br>11319 E. Bushnell Rd.<br>Floral City, FL 34436 | Christopher McElroy<br>9551 NW 115th St.<br>Chiefland, FL 32626 | Edward Godbolt<br>4429 SW 74th Ter.<br>Apt. A<br>Gainesville, FL 32608 |
| Beard Equipment Company<br>2480 East I-65 Service Rd. N<br>Mobile, AL 36617 | Clarence Lovett<br>1517 Geiger Rd.<br>Starke, FL 32091 | Edward Ross<br>26118 NW C.R. 239<br>Alachua, FL 32615 |
| Bill Gaston<br>9691 NW 53rd Dr.<br>Gainesville, FL 32653 | Cody Smith<br>1754 Joe Wilbur Rd.<br>Middleburg, FL 32068 | Florida Department of Revenue<br>Alachua Service Center<br>14107 NW US Hwy. 441<br>Ste. 100<br>Alachua, FL 32615-6390 |

| | | |
|---|---|---|
| Florida Forestry Service<br>Whithlacoochee Forestry Service<br>15019 Broad St.<br>Brooksville, FL 34601-4201 | Harbor Community Bank<br>f/k/a Citizens Bank<br>3919 West Newberry Rd. | John Deere Financial<br>One John Deere Pl.<br>Moline, IL 61265 |
| Ford Credit<br>Customer Service Center<br>P O Box 542000<br>Omaha, NE 68154-8000 | Harmon Manning<br>22316 SE 59th Pl.<br>Hawthorne, FL 32640 | John Deere Financial<br>Leasing Department<br>P O Box 6600<br>Johnston, IA 50131-6600 |
| Franklin Murchison<br>6835 Misty View Dr.<br>Jacksonville, FL 32210 | Hopping Green & Sams, P.A.<br>119 South Monroe St.<br>P O Box 6526<br>Tallahassee, FL 32314 | John Pearl<br>179 Morris Lake Dr.<br>Hawthorne, FL 32640 |
| Frederick Walker<br>3230 SW Archer Rd.<br>Apt. N166<br>Gainesville, FL 32608 | Horace Adkins<br>5080 SE 55th Ave.<br>Trenton, FL 32693 | Johnny Emrich<br>5349 SE 44th Loop<br>Trenton, FL 32693 |
| Gaston Tree Service, LLC<br>Attn: Bill Gaston<br>6241 NW 23rd St., Ste. 501<br>Gainesville, FL 32653 | Ivan Webb<br>5609 Eartha Dr.<br>Jacksonville, FL 32209 | Jonathan Faison<br>6160 SW C.R. 313<br>Trenton, FL 32693 |
| Gaston Tree Service, LLC<br>6241 NW 23rd St.<br>Ste. 501<br>Gainesville, FL 32653 | James Broomfield<br>5851 NW 160th St.<br>Trenton, FL 32693 | Jonathan Overstreet<br>8710 SE 7th Ct.<br>Trenton, FL 32693 |
| Gate Fuel Service, Inc.<br>c/o Michael A. Kolcun, Esq.<br>17320 Old St. Augustine Rd.<br>Suite 8, Box 270<br>Jacksonville, FL 32258 | James Kreczmer<br>10131 Chalker Dr.<br>Jacksonville, FL 32225 | Jules & Associates, Inc.<br>515 S. Figueroa St.<br>Ste. 1950<br>Los Angeles, CA 90071 |
| Glenn Spencer<br>21390 SE 70th St.<br>Morriston, FL 32668 | James Lewis<br>7920 SR 100<br>Keystone Heights, FL 32656 | Jules and Associates<br>2 Country View Rd.<br>Ste. 300<br>Malvern, PA 19355 |
| Great America Financial<br>Services Corporation<br>625 First Street SE<br>Cedar Rapids, IA 52401 | James Mathis<br>12 Ryland Pl.<br>Palm Coast, FL 32164 | Julius Nichols<br>5141 SE 26th St.<br>Ocala, FL 34480 |
| Harbor Community Bank<br>f/k/a Citizens Bank<br>3919 West Newberry Rd.<br>Gainesville, FL 32607 | John Deere<br>One John Deere Pl.<br>Moline, IL 61265 | Kelly Irwin<br>5604 Cruz Rd.<br>Jacksonville, FL 32207 |

| | | |
|---|---|---|
| Kenneth McCain<br>P O Box 1685<br>Bronson, FL 32621 | Mark Leffler<br>P O Box 381<br>Worthington Springs, FL 32697 | Pitney Bowes Global<br>Financial Services, LLC<br>P O Box 371887<br>Pittsburg, PA 15250-7887 |
| Kyle Brickle<br>5980 CR 218<br>Middleburg, FL 32234 | Marlin Business Bank<br>P O Box 13604<br>Philadelphia, PA 19101-3604 | Pitney Bowes Global and<br>Financial Services, LLC<br>2225 American Dr.<br>Neenah, WI 54956-1005 |
| Larry Cothron<br>P O Box 307<br>Chiefland, FL 32644 | Martin Hayden<br>4644 SW 136th Ct.<br>Lake Butler, FL 32054 | Rachel Barry<br>2330 SW Williston Rd.<br>Apt. 2811<br>Gainesville, FL 32608 |
| Larry Cothron<br>P O Box 150<br>Chiefland, FL 32644 | Michael Janas<br>37 Palm Rd.<br>Ocala, FL 34472 | Reinhold Corporation<br>1845 Town Center Blvd.<br>Ste. 105<br>Fleming Island, FL 32003 |
| Laurence Walker<br>3 Cherry Dr.<br>Ocala, FL 34472 | Nicholas Watts<br>230 SW 2nd Ave.<br>Lake Butler, FL 32054 | Renasant Bank<br>Loan Dept.<br>4373 Newberry Rd.<br>Gainesville, FL 32607 |
| Lawrence Castleberry<br>11602 SE 74th Ter.<br>Belleview, FL 34420 | Norman Waddle<br>700 SE 57th Court Rd.<br>Trenton, FL 32693 | Robert Cromer<br>5540 NE 54th Pl.<br>High Springs, FL 32643 |
| Levin Gaston<br>14930 NW 142nd St.<br>Williston, FL 32696 | Patrice Boyes, P.A.<br>414 SW 140th Terrace<br>Ste. 100<br>Newberry, FL 32669 | Robert Sheppard<br>1588 NE 47th Pl.<br>Gainesville, FL 32609 |
| Lewis Oil Co., Inc.<br>621 SE Depot (7th) Ave.<br>Gainesville, FL 32601 | Pinnacle Properties, L.L.C.<br>c/o Carol Deegan<br>4001 West Newberry Rd.<br>Building A, Ste. IV<br>Gainesville, FL 32653 | Ryder Truck Rental, Inc.<br>d/b/a Ryder Transportation Services<br>Attn: Kim Wall<br>6000 Windward Pkwy.<br>Alpharetta, GA 30005 |
| M & T Park Investors, Inc.<br>c/o Tony Toccalino<br>6550 53rd St. N<br>Pinellas Park, FL 33781 | Pinnacle Properties, L.L.C.<br>c/o Carol Deegan<br>4001 West Newberry Rd.<br>Building A, Ste. IV<br>Gainesville, FL 32607 | Ryder Truck Rental, Inc.<br>d/b/a Ryder Transportation Services<br>6000 Windward Pkwy.<br>Alpharetta, GA 30005 |
| Manuel Ochoa<br>P O Box 1025<br>Williston, FL 32696 | Pitney Bowes Global<br>Financial Services, LLC<br>27 Waterview Dr.<br>Shelton, CT 06484 | Shadowlawn Farms/Nursery<br>Reinhold Corporation<br>1845 Town Center Blvd.<br>Ste. 105<br>Orange Park, FL 32003 |

| | | |
|---|---|---|
| Signature Financial<br>Attn: Paul Muojo<br>Asset Management/Collection<br>225 Broadhollow Rd., Ste. 132W<br>Melville, NY 11747 | Tyophia Clay<br>7045 SW 17th Pl.<br>Ocala, FL 34474 | WRR of Clay County, LLC<br>c/o William G. Gaston, III<br>10606 N. State Rd. 121<br>Gainesville, FL 32653 |
| Signature Financial<br>P O Box 5524<br>Hicksville, NY 11802-5524 | USDA Rural Development<br>Rural Business Services<br>4440 N.W. 25th Pl.<br>Gainesville, FL 32614-7010 | WRR of Marion County, LLC<br>c/o William G. Gaston, III<br>10606 N. State Rd. 121<br>Gainesville, FL 32653 |
| Stearns Bank, N.A.<br>Equipment Finance Division<br>P O Box 750<br>Albany, MN 56307-0750 | Vanita Auville<br>11319 E. Bushnell Rd.<br>Floral City, FL 34436 | |
| Stearns Bank, National Association<br>500 13th St.<br>P O Box 750<br>Albany, NY 56307 | Wells Fargo<br>Equipment Finance, Inc.<br>733 Marquette Ave.<br>Ste. 700<br>Minneapolis, NN 55402 | |
| Steven Bushor<br>4600 Trout River Blvd.<br>Jacksonville, FL 32208 | Wells Fargo<br>Equipment Finance, Inc.<br>1540 West Fountainhead Pkwy.<br>Tempe, AZ 85282 | |
| TD Bank, N.A.<br>TD Auto Finance<br>P O Box 9223<br>Farmington Hills | William Blong<br>6330 NW 55th St.<br>Bell, FL 32619 | |
| Thomas Monroe<br>P O Box 723<br>Hawthorne, FL 32640 | William Crosby<br>4314 NW 93rd Ave.<br>Gainesville, FL 32653 | |
| Thomas Sampson<br>4847 Colonial Ave.<br>Jacksonville, FL 32210 | William G. Gaston, III<br>10606 N. State Road 121<br>Gainesville, FL 32653 | |
| Tidewater Equipment Co.<br>P O Box 1060<br>Starke, FL 32091 | William Gaston, III<br>10606 N. State Road 121<br>Gainesville, FL 32653 | |
| Timothy Johnson<br>2550 NE 14th St.<br>Gainesville, FL 32609 | William Harden<br>7130 SE 80th St.<br>Trenton, FL 32693 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                                                                                 CHAPTER    **11**
**Wood Resource Recovery, L.L.C.**


DEBTOR(S)                                                                                      CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| William Gaston, III<br>10606 N. State Road 121<br>Gainesville, FL 32653<br>100% Shareholder | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  **President/CEO**  of the  **Corporation**  named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **1/28/2016**                                    Signature:  **/s/ William G. Gaston, III**
                                                                                  *William G. Gaston, III*
                                                                                  **President/CEO**