UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:                                                                                      Case No. 16-10014-KKS

WOOD RESOURCE RECOVERY, LLC,                        Chapter 11

        Debtor in Possession.

_____/

APPLICATION FOR APPROVAL OF EMPLOYMENT OF
PATRICE BOYES, P.A., AS SPECIAL LEGAL COUNSEL
FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

COMES NOW WOOD RESOURCE RECOVERY, LLC, the above-captioned Debtor in Possession ("Applicant" or "Debtor"), pursuant to 11 U.S.C. §§ 327(e), 1107 and Fed. R. Bankr. P. 2.014(a), requesting an Order of the Court approving the employment of Patrice Boyes, P.A. and Patrice Boyes, Esquire, as special legal counsel of the Debtor, and stating:

1. Applicant is the debtor in a chapter 11 reorganization case pending before this court. Applicant commenced this case by filing a voluntary chapter 11 petition on January 28, 2016.

2. Applicant remains in possession of its assets and continues to operate its business as a debtor in possession pursuant to 11 U.S.C. §§ 1101(1), 1107, and 1108.

3. Applicant is a Florida limited liability company with its principal place of business in Gainesville, Alachua County, Florida.

4. Applicant requires the assistance of Patrice Boyes, P.A. as special litigation counsel in this case, for the purpose of representing the Debtor with respect to matters

related to certain litigation (the "Litigation") in which Patrice Boyes, P.A., and Patrice Boyes, Esquire, represented Applicant prior to the commencement of the Debtor's chapter 11 case. The following is a brief description of the status of the Litigation: Applicant has sued Gainesville Regional Energy Center for breach of contract, alleging damages exceeding $20,000,000.

5. Special litigation counsel will undertake such actions as may be appropriate or necessary in connection with the Litigation as litigation co-counsel. Every effort will be taken to prevent duplicative or unnecessary work with co-counsel.

6. Due to Patrice Boyes' familiarity with the circumstances involved, her and her firm's prior representation of Applicant in the Litigation, the resulting experience and knowledge, and her skill and expertise in matters of this type, Applicant believes that the employment of Patrice Boyes, P.A., as special litigation counsel with respect to matters relating to and involving the Litigation is essential and is in the best interest of the estate.

7. The matters for which Patrice Boyes, P.A., is to be employed are matters in which no other counsel employed in this case shall render services duplicating those rendered by Patrice Boyes, P.A. Contemporaneously with this Application, the Applicant has applied to employ Hopping, Green & Sams, P.A., as co-counsel for the Litigation. The scope, complexity, and amount in controversy of the Litigation require the retention of both firms.

8. Compensation of Patrice Boyes, P.A., subject to court approval upon proper application, will be computed on the basis of the amount of time spent by the various attorneys and paraprofessionals in the firm at their hourly billing rates in effect at the time services are rendered, plus reimbursement of costs. A true and correct copy of the engagement letter between Patrice Boyes. P.A. and Applicant, including hourly rates and contingency fee agreement is attached as **Exhibit A**.

9. Patrice Boyes, Esq., is the principal and founder of Patrice Boyes, P.A. She practices in general litigation land use, environmental & property law, and commercial leasing & real estate transactions. She has represented development interests, property owners, institutional clients, business owners and local governments for 25 years. She was admitted to the Florida Bar in 1991.

10. The court may authorize the employment of Patrice Boyes, P.A. pursuant to 11 U.S.C. § 1107(a), which provides that a debtor in possession has the rights, powers and duties of a trustee, and 11 U.S.C. § 327(e).

11. The Debtor is satisfied from the declaration of Patrice Boyes, Esquire, attached as **Exhibit B**, that Patrice Boyes, P.A. does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matters for which Patrice Boyes, P.A. is to be employed. Moreover, the Debtor believes that the employment of Patrice Boyes, P.A. as special litigation counsel with respect to matters involving and related to the Litigation is in the best interest of the estate.

12. To the best of the knowledge, information, and belief of Applicant, Patrice Boyes, P.A. does not represent any creditor or other party in interest in this chapter 11 case.

13. Patrice Boyes, P.A. received no fee or cost advance in connection with its proposed representation of Applicant as special litigation counsel in this chapter 11 case.

14. Patrice Boyes, P.A. has a prepetition claim against the Debtor in the amount of $51,475.39 (the "Boyes Prepetition Claim"), which the Debtor hereby applies to pay. The Debtor is convinced that the retention of Boyes is critical to its reorganization, and payment of Boyes' prepetition claim is required to obtain effective representation. Patrice Boyes, P.A., has agreed to accept payment from the Debtor as cash flow permits, and will agree to continue providing services until that occurs.

15. No compensation will be paid to Patrice Boyes, P.A. postpetition by Applicant except upon application(s) to and approval by the bankruptcy court after notice and a hearing. Patrice Boyes, P.A. understands and agrees to accept such amounts on account of its fees and costs as are approved by the court.

WHEREFORE, the Debtor respectfully requests pursuant to 11 U.S.C. § 327(e) and 11 U.S.C. § 1107(a), and in accordance with Federal Rule of Bankruptcy Procedure 2014(a), this Court enter an Order approving the Debtor's employment of Patrice Boyes, P.A. and Patrice Boyes, Esquire, as special legal counsel for the Debtor, *nunc pro tunc* to

the Petition Date, authorizing the Debtor to pay the Boyes Prepetition Claim as cash flow permits, and ordering any other relief that this Court deems necessary and just.

Dated this 3rd day of February, 2016.



2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel 866.996.6104  fax 407.209.3870
net jchilders@smartbizlaw.com

/s/ Seldon J. Childers, Esq.
Florida Bar No. 61112

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document is being served on the date of the filing of this document, as follows:

**By United States Regular Mail, Postage Prepaid to:**
Wood Resource Recovery, L.L.C., c/o William G. Gaston, III, 6241 NW 23rd Street, Suite 501A, Gainesville, FL 32653

Wright Express Financial Services Corporation, Attn: Matt Seader, 97 Darling Avenue, South Portland, ME 04106

Charles Construction Group, 130 S.W. 140th Terrace, Newberry, FL 32669

All creditors and interested parties on the attached Court mailing matrix

**By CM/ECF Electronic Transmission to:**
Charles F. Edwards, Assistant U.S. Trustee on behalf of the United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301
charles.edwards@usdoj.gov

United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301
USTPRegion21.TL.ECF@usdoj.gov

/s/ Seldon J. Childers, Esq.
Florida Bar No. 61112

```
Label Matrix for local noticing          Florida Dept. of Labor/Employment Security    Florida Dept. of Revenue
1129-1                                   c/o Florida Dept. of Revenue                  Bankruptcy Unit
Case 16-10014-KKS                        P.O. Box 6668                                 P.O. Box 6668
Northern District of Florida             Tallahassee, FL 32314-6668                    Tallahassee, FL 32314-6668
Gainesville
Wed Feb  3 14:04:18 EST 2016

U.S. Attorney (Tallahassee Office)       (p)U S SECURITIES AND EXCHANGE COMMISSION     Wood Resource Recovery, L.L.C.
111 N. Adams Street                      ATLANTA REG OFFICE AND REORG                  6241 NW 23rd St.
Fourth Floor                             950 E PACES FERRY RD NE STE 900               Suite 501A
Tallahassee, FL 32301-7736               ATLANTA GA 30326-1382                         Gainesville, FL 32653-7105


*Charles Edwards, Asst. US Trustee       1st Manatee Bank                              Action Labor of Florida, LLC
110 E. Park Ave., #128                   12215 US Hwy. 301 N                           624 Nottingham Blvd.
Tallahassee, FL 32301-7728               Parrish, FL 34219-8410                        West Palm Beach, FL 33405-2555


Adam Frame                               Alachua County Tax Collector                  Allen, Maxwell & Silver, Inc.
700 NW 66th Pl.                          John Power                                    190 Sylvan Ave.
Ocala, FL 34475-8575                     12 SE 1st St.                                 Englewood Cliffs, NJ 07632-2533
                                         County Administration Bldg.
                                         Gainesville, FL 32601-6826


Alvin Wilkerson                          Aramark Uniform Services, a                   Arthur Arville
3004 W 9th St.                           division of Aramark Uniform &                 11319 E. Bushnell Rd.
Jacksonville, FL 32254-1958              Career Apparel, LLC                           Floral City, FL 34436-3414
                                         115 North First St.
                                         Burbank, CA 91502-1856


Beard Equipment Company                  Bill Gaston                                   Brendon Kort
2480 East I-65 Service Rd. N             9691 NW 53rd Dr.                              7703 Erinwood Court East
Mobile, AL 36617-1507                    Gainesville, FL 32653-7518                    Jacksonville, FL 32256-2507


Brian Collins                            Camilo Fita                                   Caterpillar, Inc.
7807 Rolling Hills Dr.                   5328 NW 93rd Ave.                             Attn: David Spears
Jacksonville, FL 32221-6149              Gainesville, FL 32653-7810                    501 SW Jefferson Ave.
                                                                                       Peoria, IL 61630-0003


Caterpillar/Commercial Accounts          Chaz Branson                                  Chris Celebre
P O Box 905229                           10980 W. Hwy. 318                             1750 SE 80th St.
Charlotte, NC 28290-5229                 Reddick, FL 32686-2000                        Ocala, FL 34480-6623


Christopher McElroy                      Clarence Lovett                               Cody Smith
9551 NW 115th St.                        1517 Geiger Rd.                               1754 Joe Wilbur Rd.
Chiefland, FL 32626-3837                 Starke, FL 32091-4312                         Middleburg, FL 32068-4109


Columbia Bank                            Corey Fowler                                  Curtis Dallas
173 NW Hillsboro St.                     45083 Evelyn St.                              296 SE Montrose Ave.
Lake City, FL 32055-2890                 Callahan, FL 32011-3739                       Lake City, FL 32025-4743
```

| | | |
|---|---|---|
| Danny Steele<br>P O Box 552<br>Lowell, FL 32663-0552 | David Milam<br>7071 NE 106th Ter.<br>Bronson, FL 32621-5049 | Deere Credit, Inc.<br>P O Box 650215<br>Dallas, TX 75265-0215 |
| Dorothy Livengood<br>7565 NW 47th Way<br>Gainesville, FL 32653-1177 | Edward Godbolt<br>4429 SW 74th Ter.<br>Apt. A<br>Gainesville, FL 32608-0716 | Edward Ross<br>26118 NW C.R. 239<br>Alachua, FL 32615 |
| Florida Department of Revenue<br>Alachua Service Center<br>14107 NW US Hwy. 441<br>Ste. 100<br>Alachua, FL 32615-6390 | Florida Forestry Service<br>Whithlacoochee Forestry Service<br>15019 Broad St.<br>Brooksville, FL 34601-4201 | Ford Credit<br>Customer Service Center<br>P O Box 542000<br>Omaha, NE 68154-8000 |
| Franklin Murchison<br>6835 Misty View Dr.<br>Jacksonville, FL 32210-0401 | Frederick Walker<br>3230 SW Archer Rd.<br>Apt. N166<br>Gainesville, FL 32608-1703 | Gaston Tree Service, LLC<br>6241 NW 23rd St.<br>Ste. 501<br>Gainesville, FL 32653-7109 |
| Gaston Tree Service, LLC<br>Attn: Bill Gaston<br>6241 NW 23rd St., Ste. 501<br>Gainesville, FL 32653-7109 | Gate Fuel Service, Inc.<br>c/o Michael A. Kolcun, Esq.<br>17320 Old St. Augustine Rd.<br>Suite 8, Box 270<br>Jacksonville, FL 32258 | Glenn Spencer<br>21390 SE 70th St.<br>Morriston, FL 32668-5519 |
| Great America Financial<br>Services Corporation<br>625 First Street SE<br>Cedar Rapids, IA 52401-2030 | Harbor Community Bank<br>f/k/a Citizens Bank<br>3919 West Newberry Rd.<br>Gainesville, FL 32607-4828 | Harmon Manning<br>22316 SE 59th Pl.<br>Hawthorne, FL 32640-3669 |
| Hopping Green & Sams, P.A.<br>119 South Monroe St.<br>P O Box 6526<br>Tallahassee, FL 32314-6526 | Horace Adkins<br>5080 SE 55th Ave.<br>Trenton, FL 32693-3047 | Ivan Webb<br>5609 Eartha Dr.<br>Jacksonville, FL 32209-2107 |
| James Broomfield<br>5851 NW 160th St.<br>Trenton, FL 32693-7838 | James Kreczmer<br>10131 Chalker Dr.<br>Jacksonville, FL 32225-6629 | James Lewis<br>7920 SR 100<br>Keystone Heights, FL 32656-9440 |
| James Mathis<br>12 Ryland Pl.<br>Palm Coast, FL 32164-6415 | John Deere<br>One John Deere Pl.<br>Moline, IL 61265-8010 | John Deere Financial<br>Leasing Department<br>P O Box 6600<br>Johnston, IA 50131-6600 |
| John Deere Financial<br>One John Deere Pl.<br>Moline, IL 61265-8010 | John Pearl<br>179 Morris Lake Dr.<br>Hawthorne, FL 32640-5906 | Johnny Emrich<br>5349 SE 44th Loop<br>Trenton, FL 32693-4480 |

| | | |
|---|---|---|
| Jonathan Faison<br>6160 SW C.R. 313<br>Trenton, FL 32693 | Jonathan Overstreet<br>8710 SE 7th Ct.<br>Trenton, FL 32693-2602 | Jules & Associates, Inc.<br>515 S. Figueroa St.<br>Ste. 1950<br>Los Angeles, CA 90071-3312 |
| Jules and Associates<br>2 Country View Rd.<br>Ste. 300<br>Malvern, PA 19355-1420 | Julius Nichols<br>5141 SE 26th St.<br>Ocala, FL 34480-6439 | Kelly Irwin<br>5604 Cruz Rd.<br>Jacksonville, FL 32207-5950 |
| Kenneth McCain<br>P O Box 1685<br>Bronson, FL 32621-1685 | Kyle Brickle<br>5980 CR 218<br>Middleburg, FL 32234-3439 | Larry Cothron<br>P O Box 150<br>Chiefland, FL 32644-0150 |
| Larry Cothron<br>P O Box 307<br>Chiefland, FL 32644-0307 | Laurence Walker<br>3 Cherry Dr.<br>Ocala, FL 34472-9424 | Lawrence Castleberry<br>11602 SE 74th Ter.<br>Belleview, FL 34420-4718 |
| Levin Gaston<br>14930 NW 142nd St.<br>Williston, FL 32696-6681 | Lewis Oil Co., Inc.<br>621 SE Depot (7th) Ave.<br>Gainesville, FL 32601 | M & T Park Investors, Inc.<br>c/o Tony Toccalino<br>6550 53rd St. N<br>Pinellas Park, FL 33781-5630 |
| Manuel Ochoa<br>P O Box 1025<br>Williston, FL 32696-1025 | Mark Leffler<br>P O Box 381<br>Worthington Springs, FL 32697-0381 | Marlin Business Bank<br>P O Box 13604<br>Philadelphia, PA 19101-3604 |
| Martin Hayden<br>4644 SW 136th Ct.<br>Lake Butler, FL 32054-6180 | Michael Janas<br>37 Palm Rd.<br>Ocala, FL 34472-2375 | Nicholas Watts<br>230 SW 2nd Ave.<br>Lake Butler, FL 32054-2008 |
| Norman Waddle<br>700 SE 57th Court Rd.<br>Trenton, FL 32693-4915 | Patrice Boyes, P.A.<br>414 SW 140th Terrace<br>Ste. 100<br>Newberry, FL 32669-5431 | Pinnacle Properties, L.L.C.<br>c/o Carol Deegan<br>4001 West Newberry Rd.<br>Building A, Ste. IV<br>Gainesville, FL 32607-2392 |
| Pitney Bowes Global<br>Financial Services, LLC<br>27 Waterview Dr.<br>Shelton, CT 06484-4301 | Pitney Bowes Global<br>Financial Services, LLC<br>P O Box 371887<br>Pittsburg, PA 15250-7887 | Pitney Bowes Global and<br>Financial Services, LLC<br>2225 American Dr.<br>Neenah, WI 54956-1005 |
| Rachel Barry<br>2330 SW Williston Rd.<br>Apt. 2811<br>Gainesville, FL 32608-4091 | Reinhold Corporation<br>1845 Town Center Blvd.<br>Ste. 105<br>Fleming Island, FL 32003-3358 | Renasant Bank<br>Loan Dept.<br>4373 Newberry Rd.<br>Gainesville, FL 32607-2240 |

| | | |
|---|---|---|
| Robert Cromer<br>5540 NE 54th Pl.<br>High Springs, FL 32643-6112 | Robert Sheppard<br>1588 NE 47th Pl.<br>Gainesville, FL 32609-8957 | Ryder Truck Rental, Inc.<br>d/b/a Ryder Transportation Services<br>6000 Windward Pkwy.<br>Alpharetta, GA 30005-4181 |
| Ryder Truck Rental, Inc.<br>d/b/a Ryder Transportation Services<br>Attn: Kim Wall<br>6000 Windward Pkwy.<br>Alpharetta, GA 30005-4181 | Shadowlawn Farms/Nursery<br>Reinhold Corporation<br>1845 Town Center Blvd.<br>Ste. 105<br>Orange Park, FL 32003-3358 | Signature Financial<br>Attn: Paul Muojo<br>Asset Management/Collection<br>225 Broadhollow Rd., Ste. 132W<br>Melville, NY 11747-4809 |
| Signature Financial<br>P O Box 5524<br>Hicksville, NY 11802-5524 | Stearns Bank, N.A.<br>Equipment Finance Division<br>P O Box 750<br>Albany, MN 56307-0750 | Stearns Bank, National Association<br>500 13th St.<br>P O Box 750<br>Albany, NY 56307-0750 |
| Steven Bushor<br>4600 Trout River Blvd.<br>Jacksonville, FL 32208-1168 | Thomas Monroe<br>P O Box 723<br>Hawthorne, FL 32640-0723 | Thomas Sampson<br>4847 Colonial Ave.<br>Jacksonville, FL 32210-4166 |
| Tidewater Equipment Co.<br>P O Box 1060<br>Starke, FL 32091-1060 | Timothy Johnson<br>2550 NE 14th St.<br>Gainesville, FL 32609-3147 | Tyophia Clay<br>7045 SW 17th Pl.<br>Ocala, FL 34474-1751 |
| USDA Rural Development<br>Rural Business Services<br>4440 N.W. 25th Pl.<br>Gainesville, FL 32606-6508 | Vanita Auville<br>11319 E. Bushnell Rd.<br>Floral City, FL 34436-3414 | WRR of Clay County, LLC<br>c/o William G. Gaston, III<br>10606 N. State Rd. 121<br>Gainesville, FL 32653-1240 |
| WRR of Marion County, LLC<br>c/o William G. Gaston, III<br>10606 N. State Rd. 121<br>Gainesville, FL 32653-1240 | Wells Fargo<br>Equipment Finance, Inc.<br>1540 West Fountainhead Pkwy.<br>Tempe, AZ 85282-1839 | Wells Fargo<br>Equipment Finance, Inc.<br>733 Marquette Ave.<br>Ste. 700<br>Minneapolis, MN 55402-2340 |
| William Blong<br>6330 NW 55th St.<br>Bell, FL 32619-3872 | William Crosby<br>4314 NW 93rd Ave.<br>Gainesville, FL 32653-1060 | William G. Gaston, III<br>10606 N. State Road 121<br>Gainesville, FL 32653-1240 |
| William Gaston, III<br>10606 N. State Road 121<br>Gainesville, FL 32653-1240 | William Harden<br>7130 SE 80th St.<br>Trenton, FL 32693-2219 | United States Trustee +<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |
| Charles F. Edwards +<br>Office of U.S. Trustee<br>110 East Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

Seldon J. Childers +
ChildersLaw, LLC
2135 N.W. 40th Terrace
Suite B
Gainesville, FL 32605-5802

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Harbor Community Bank<br>f/k/a Citizens Bank<br>3919 West Newberry Rd. | (d)Pinnacle Properties, L.L.C.<br>c/o Carol Deegan<br>4001 West Newberry Rd.<br>Building A, Ste. IV<br>Gainesville, FL 32607-2392 | (u)TD Bank, N.A.<br>TD Auto Finance<br>P O Box 9223<br>Farmington Hills |

End of Label Matrix
Mailable recipients   120
Bypassed recipients     3
Total                 123