UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:                                                                    Case No. 16-10014-KKS

WOOD RESOURCE RECOVERY, LLC,                      Chapter 11

　　　　Debtor in Possession.

_____/

APPLICATION FOR APPROVAL OF EMPLOYMENT OF
HOPPING, GREEN & SAMS, P.A., AS SPECIAL LEGAL COUNSEL
FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

COMES NOW WOOD RESOURCE RECOVERY, LLC, the above-captioned Debtor in Possession ("Applicant" or "Debtor"), pursuant to 11 U.S.C. §§ 327(e), 1107 and Fed. R. Bankr. P. 2.014(a), requesting an Order of the Court approving the employment of Hopping, Green & Sams, P.A. ("HGS") and D. Kent Safriet, Esq., as special legal counsel of the Debtor, and stating:

1.　　Applicant is the debtor in a chapter 11 reorganization case pending before this court. Applicant commenced this case by filing a voluntary chapter 11 petition on January 28, 2016.

2.　　Applicant remains in possession of its assets and continues to operate its business as a debtor in possession pursuant to 11 U.S.C. §§ 1101(1), 1107, and 1108.

3.　　Applicant is a Florida limited liability company with its principal place of business in Gainesville, Alachua County, Florida.

4.　　Applicant requires the assistance of HGS as special litigation counsel in this case, for the purpose of representing the Debtor with respect to matters related to

certain litigation (the "Litigation") in which HGS and D. Kent Safriet, Esquire, represented Applicant prior to the commencement of the Debtor's chapter 11 case. The following is a brief description of the status of the Litigation: Applicant has sued Gainesville Regional Energy Center for breach of contract, alleging damages exceeding $20,000,000.

5. Special litigation counsel will undertake such actions as may be appropriate or necessary in connection with the Litigation. Special litigation counsel will be primarily responsible for the prosecution of Applicant's lawsuit against Gainesville Regional Energy Center and all related state-court activities, including but not limited to negotiating for the Debtor at mediation. Every effort will be taken to prevent duplicative or unnecessary work with co-counsel.

6. Due to D. Kent Safriet's familiarity with the circumstances involved, his and his firm's prior representation of Applicant in the Litigation, the resulting experience and knowledge, and his skill and expertise in matters of this type, Applicant believes that the employment of HGS as special litigation counsel with respect to matters relating to and involving the Litigation is essential and is in the best interest of the estate.

7. The matters for which HGS is to be employed are matters in which no other counsel employed in this case shall render services duplicating those rendered by HGS. Contemporaneously with this Application, the Applicant has applied to employ Patrice Boyes, P.A., and Patrice Boyes, Esquire, as co-counsel for the Litigation. The

scope, complexity, and amount in controversy of the Litigation require the retention of both firms.

8. Compensation of HGS, subject to court approval upon proper application, will be computed on the basis of the amount of time spent by the various attorneys and paraprofessionals in the firm at their agreed-upon reduced hourly billing rates as described in the blended fee agreement, plus reimbursement of costs and a contingent award upon any recovery. A true and correct copy of the engagement letter between HGS and Applicant, describing the blended hourly and contingency fee agreement is attached as **Exhibit A**.

9. D. Kent Safriet has represented clients in a variety of forums. His experience in both trial and appellate courts is diverse and varied, including beach and coastal issues, private property rights, takings, contract disputes, class action defense, toxic tort claims, and business litigation. He has represented clients before the United States Supreme Court. He was admitted to the Florida Bar in 1999.

10. The court may authorize the employment of HGS pursuant to 11 U.S.C. § 1107(a), which provides that a debtor in possession has the rights, powers and duties of a trustee, and 11 U.S.C. § 327(e).

11. The Debtor is satisfied from the declaration of D. Kent Safriet, Esq., attached as **Exhibit B**, that HGS does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matters for which HGS is to be employed. Moreover, the Debtor believes that the employment of HGS as special litigation counsel

with respect to matters involving and related to the Litigation is in the best interest of the estate.

12. To the best of the knowledge, information, and belief of Applicant, HGS does not represent any creditor or other party in interest in this chapter 11 case.

13. Hopping Green & Sams, P.A., has received no fee or cost advance in connection with its proposed representation of Applicant as special litigation counsel in this chapter 11 case.

14. Hopping Green & Sams, P.A., has a prepetition claim against the Debtor in the amount of $66,600.00 (the "HGS Prepetition Claim"), which the Debtor hereby applies to pay. The Debtor is convinced that the retention of HGS is critical to its reorganization, and payment of HGS' prepetition claim is required to obtain effective representation. Hopping, Green & Sams, P.A., has agreed to accept payment from the Debtor as cash flow permits, and will agree to continue providing services until that occurs.

15. No compensation will be paid to HGS postpetition by Applicant except upon application(s) to and approval by the bankruptcy court after notice and a hearing. Hopping Green & Sams, P.A., understands and agrees to accept such amounts on account of its fees and costs as are approved by the court.

WHEREFORE, the Debtor respectfully requests pursuant to 11 U.S.C. § 327(e) and 11 U.S.C. § 1107(a), and in accordance with Federal Rule of Bankruptcy Procedure 2014(a), this Court enter an Order approving the Debtor's employment of Hopping,

Green & Sams, P.A. and D. Kent Safriet, Esquire, as special legal counsel for the Debtor, *nunc pro tunc* to the Petition Date, authorizing the Debtor to pay the HGS Prepetition Claim as cash flow permits, and ordering any other relief that this Court deems necessary and just.

Dated this 3rd day of February, 2016.

CHILDERSLAW
2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel 866.996.6104  fax 407.209.3870
net jchilders@smartbizlaw.com

/s/ Seldon J. Childers, Esq.
Florida Bar No. 61112

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document is being served on the date of the filing of this document, as follows:

**By United States Regular Mail, Postage Prepaid to:**
Wood Resource Recovery, L.L.C., c/o William G. Gaston, III, 6241 NW 23rd Street, Suite 501A, Gainesville, FL 32653
Wright Express Financial Services Corporation, Attn: Matt Seader, 97 Darling Avenue, South Portland, ME 04106
Charles Construction Group, 130 S.W. 140th Terrace, Newberry, FL 32669
All creditors and interested parties on the attached Court mailing matrix

**By CM/ECF Electronic Transmission to:**
Charles F. Edwards, Assistant U.S. Trustee on behalf of the United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301
charles.edwards@usdoj.gov

United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301
USTPRegion21.TL.ECF@usdoj.gov

/s/ Seldon J. Childers, Esq.
Florida Bar No. 61112

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 16-10014-KKS<br>Northern District of Florida<br>Gainesville<br>Wed Feb  3 14:04:18 EST 2016 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | Wood Resource Recovery, L.L.C.<br>6241 NW 23rd St.<br>Suite 501A<br>Gainesville, FL 32653-7105 |
| *Charles Edwards, Asst. US Trustee<br>110 E. Park Ave., #128<br>Tallahassee, FL 32301-7728 | 1st Manatee Bank<br>12215 US Hwy. 301 N<br>Parrish, FL 34219-8410 | Action Labor of Florida, LLC<br>624 Nottingham Blvd.<br>West Palm Beach, FL 33405-2555 |
| Adam Frame<br>700 NW 66th Pl.<br>Ocala, FL 34475-8575 | Alachua County Tax Collector<br>John Power<br>12 SE 1st St.<br>County Administration Bldg.<br>Gainesville, FL 32601-6826 | Allen, Maxwell & Silver, Inc.<br>190 Sylvan Ave.<br>Englewood Cliffs, NJ 07632-2533 |
| Alvin Wilkerson<br>3004 W 9th St.<br>Jacksonville, FL 32254-1958 | Aramark Uniform Services, a<br>division of Aramark Uniform &<br>Career Apparel, LLC<br>115 North First St.<br>Burbank, CA 91502-1856 | Arthur Arville<br>11319 E. Bushnell Rd.<br>Floral City, FL 34436-3414 |
| Beard Equipment Company<br>2480 East I-65 Service Rd. N<br>Mobile, AL 36617-1507 | Bill Gaston<br>9691 NW 53rd Dr.<br>Gainesville, FL 32653-7518 | Brendon Kort<br>7703 Erinwood Court East<br>Jacksonville, FL 32256-2507 |
| Brian Collins<br>7807 Rolling Hills Dr.<br>Jacksonville, FL 32221-6149 | Camilo Fita<br>5328 NW 93rd Ave.<br>Gainesville, FL 32653-7810 | Caterpillar, Inc.<br>Attn: David Spears<br>501 SW Jefferson Ave.<br>Peoria, IL 61630-0003 |
| Caterpillar/Commercial Accounts<br>P O Box 905229<br>Charlotte, NC 28290-5229 | Chaz Branson<br>10980 W. Hwy. 318<br>Reddick, FL 32686-2000 | Chris Celebre<br>1750 SE 80th St.<br>Ocala, FL 34480-6623 |
| Christopher McElroy<br>9551 NW 115th St.<br>Chiefland, FL 32626-3837 | Clarence Lovett<br>1517 Geiger Rd.<br>Starke, FL 32091-4312 | Cody Smith<br>1754 Joe Wilbur Rd.<br>Middleburg, FL 32068-4109 |
| Columbia Bank<br>173 NW Hillsboro St.<br>Lake City, FL 32055-2890 | Corey Fowler<br>45083 Evelyn St.<br>Callahan, FL 32011-3739 | Curtis Dallas<br>296 SE Montrose Ave.<br>Lake City, FL 32025-4743 |

| | | |
|---|---|---|
| Danny Steele<br>P O Box 552<br>Lowell, FL 32663-0552 | David Milam<br>7071 NE 106th Ter.<br>Bronson, FL 32621-5049 | Deere Credit, Inc.<br>P O Box 650215<br>Dallas, TX 75265-0215 |
| Dorothy Livengood<br>7565 NW 47th Way<br>Gainesville, FL 32653-1177 | Edward Godbolt<br>4429 SW 74th Ter.<br>Apt. A<br>Gainesville, FL 32608-0716 | Edward Ross<br>26118 NW C.R. 239<br>Alachua, FL 32615 |
| Florida Department of Revenue<br>Alachua Service Center<br>14107 NW US Hwy. 441<br>Ste. 100<br>Alachua, FL 32615-6390 | Florida Forestry Service<br>Whithlacoochee Forestry Service<br>15019 Broad St.<br>Brooksville, FL 34601-4201 | Ford Credit<br>Customer Service Center<br>P O Box 542000<br>Omaha, NE 68154-8000 |
| Franklin Murchison<br>6835 Misty View Dr.<br>Jacksonville, FL 32210-0401 | Frederick Walker<br>3230 SW Archer Rd.<br>Apt. N166<br>Gainesville, FL 32608-1703 | Gaston Tree Service, LLC<br>6241 NW 23rd St.<br>Ste. 501<br>Gainesville, FL 32653-7109 |
| Gaston Tree Service, LLC<br>Attn: Bill Gaston<br>6241 NW 23rd St., Ste. 501<br>Gainesville, FL 32653-7109 | Gate Fuel Service, Inc.<br>c/o Michael A. Kolcun, Esq.<br>17320 Old St. Augustine Rd.<br>Suite 8, Box 270<br>Jacksonville, FL 32258 | Glenn Spencer<br>21390 SE 70th St.<br>Morriston, FL 32668-5519 |
| Great America Financial<br>Services Corporation<br>625 First Street SE<br>Cedar Rapids, IA 52401-2030 | Harbor Community Bank<br>f/k/a Citizens Bank<br>3919 West Newberry Rd.<br>Gainesville, FL 32607-4828 | Harmon Manning<br>22316 SE 59th Pl.<br>Hawthorne, FL 32640-3669 |
| Hopping Green & Sams, P.A.<br>119 South Monroe St.<br>P O Box 6526<br>Tallahassee, FL 32314-6526 | Horace Adkins<br>5080 SE 55th Ave.<br>Trenton, FL 32693-3047 | Ivan Webb<br>5609 Eartha Dr.<br>Jacksonville, FL 32209-2107 |
| James Broomfield<br>5851 NW 160th St.<br>Trenton, FL 32693-7838 | James Kreczmer<br>10131 Chalker Dr.<br>Jacksonville, FL 32225-6629 | James Lewis<br>7920 SR 100<br>Keystone Heights, FL 32656-9440 |
| James Mathis<br>12 Ryland Pl.<br>Palm Coast, FL 32164-6415 | John Deere<br>One John Deere Pl.<br>Moline, IL 61265-8010 | John Deere Financial<br>Leasing Department<br>P O Box 6600<br>Johnston, IA 50131-6600 |
| John Deere Financial<br>One John Deere Pl.<br>Moline, IL 61265-8010 | John Pearl<br>179 Morris Lake Dr.<br>Hawthorne, FL 32640-5906 | Johnny Emrich<br>5349 SE 44th Loop<br>Trenton, FL 32693-4480 |

| | | |
|---|---|---|
| Jonathan Faison<br>6160 SW C.R. 313<br>Trenton, FL 32693 | Jonathan Overstreet<br>8710 SE 7th Ct.<br>Trenton, FL 32693-2602 | Jules & Associates, Inc.<br>515 S. Figueroa St.<br>Ste. 1950<br>Los Angeles, CA 90071-3312 |
| Jules and Associates<br>2 Country View Rd.<br>Ste. 300<br>Malvern, PA 19355-1420 | Julius Nichols<br>5141 SE 26th St.<br>Ocala, FL 34480-6439 | Kelly Irwin<br>5604 Cruz Rd.<br>Jacksonville, FL 32207-5950 |
| Kenneth McCain<br>P O Box 1685<br>Bronson, FL 32621-1685 | Kyle Brickle<br>5980 CR 218<br>Middleburg, FL 32234-3439 | Larry Cothron<br>P O Box 150<br>Chiefland, FL 32644-0150 |
| Larry Cothron<br>P O Box 307<br>Chiefland, FL 32644-0307 | Laurence Walker<br>3 Cherry Dr.<br>Ocala, FL 34472-9424 | Lawrence Castleberry<br>11602 SE 74th Ter.<br>Belleview, FL 34420-4718 |
| Levin Gaston<br>14930 NW 142nd St.<br>Williston, FL 32696-6681 | Lewis Oil Co., Inc.<br>621 SE Depot (7th) Ave.<br>Gainesville, FL 32601 | M & T Park Investors, Inc.<br>c/o Tony Toccalino<br>6550 53rd St. N<br>Pinellas Park, FL 33781-5630 |
| Manuel Ochoa<br>P O Box 1025<br>Williston, FL 32696-1025 | Mark Leffler<br>P O Box 381<br>Worthington Springs, FL 32697-0381 | Marlin Business Bank<br>P O Box 13604<br>Philadelphia, PA 19101-3604 |
| Martin Hayden<br>4644 SW 136th Ct.<br>Lake Butler, FL 32054-6180 | Michael Janas<br>37 Palm Rd.<br>Ocala, FL 34472-2375 | Nicholas Watts<br>230 SW 2nd Ave.<br>Lake Butler, FL 32054-2008 |
| Norman Waddle<br>700 SE 57th Court Rd.<br>Trenton, FL 32693-4915 | Patrice Boyes, P.A.<br>414 SW 140th Terrace<br>Ste. 100<br>Newberry, FL 32669-5431 | Pinnacle Properties, L.L.C.<br>c/o Carol Deegan<br>4001 West Newberry Rd.<br>Building A, Ste. IV<br>Gainesville, FL 32607-2392 |
| Pitney Bowes Global<br>Financial Services, LLC<br>27 Waterview Dr.<br>Shelton, CT 06484-4301 | Pitney Bowes Global<br>Financial Services, LLC<br>P O Box 371887<br>Pittsburg, PA 15250-7887 | Pitney Bowes Global and<br>Financial Services, LLC<br>2225 American Dr.<br>Neenah, WI 54956-1005 |
| Rachel Barry<br>2330 SW Williston Rd.<br>Apt. 2811<br>Gainesville, FL 32608-4091 | Reinhold Corporation<br>1845 Town Center Blvd.<br>Ste. 105<br>Fleming Island, FL 32003-3358 | Renasant Bank<br>Loan Dept.<br>4373 Newberry Rd.<br>Gainesville, FL 32607-2240 |

Robert Cromer
5540 NE 54th Pl.
High Springs, FL 32643-6112

Robert Sheppard
1588 NE 47th Pl.
Gainesville, FL 32609-8957

Ryder Truck Rental, Inc.
d/b/a Ryder Transportation Services
6000 Windward Pkwy.
Alpharetta, GA 30005-4181

Ryder Truck Rental, Inc.
d/b/a Ryder Transportation Services
Attn: Kim Wall
6000 Windward Pkwy.
Alpharetta, GA 30005-4181

Shadowlawn Farms/Nursery
Reinhold Corporation
1845 Town Center Blvd.
Ste. 105
Orange Park, FL 32003-3358

Signature Financial
Attn: Paul Muojo
Asset Management/Collection
225 Broadhollow Rd., Ste. 132W
Melville, NY 11747-4809

Signature Financial
P O Box 5524
Hicksville, NY 11802-5524

Stearns Bank, N.A.
Equipment Finance Division
P O Box 750
Albany, MN 56307-0750

Stearns Bank, National Association
500 13th St.
P O Box 750
Albany, NY 56307-0750

Steven Bushor
4600 Trout River Blvd.
Jacksonville, FL 32208-1168

Thomas Monroe
P O Box 723
Hawthorne, FL 32640-0723

Thomas Sampson
4847 Colonial Ave.
Jacksonville, FL 32210-4166

Tidewater Equipment Co.
P O Box 1060
Starke, FL 32091-1060

Timothy Johnson
2550 NE 14th St.
Gainesville, FL 32609-3147

Tyophia Clay
7045 SW 17th Pl.
Ocala, FL 34474-1751

USDA Rural Development
Rural Business Services
4440 N.W. 25th Pl.
Gainesville, FL 32606-6508

Vanita Auville
11319 E. Bushnell Rd.
Floral City, FL 34436-3414

WRR of Clay County, LLC
c/o William G. Gaston, III
10606 N. State Rd. 121
Gainesville, FL 32653-1240

WRR of Marion County, LLC
c/o William G. Gaston, III
10606 N. State Rd. 121
Gainesville, FL 32653-1240

Wells Fargo
Equipment Finance, Inc.
1540 West Fountainhead Pkwy.
Tempe, AZ 85282-1839

Wells Fargo
Equipment Finance, Inc.
733 Marquette Ave.
Ste. 700
Minneapolis, MN 55402-2340

William Blong
6330 NW 55th St.
Bell, FL 32619-3872

William Crosby
4314 NW 93rd Ave.
Gainesville, FL 32653-1060

William G. Gaston, III
10606 N. State Road 121
Gainesville, FL 32653-1240

William Gaston, III
10606 N. State Road 121
Gainesville, FL 32653-1240

William Harden
7130 SE 80th St.
Trenton, FL 32693-2219

United States Trustee +
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Charles F. Edwards +
Office of U.S. Trustee
110 East Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Seldon J. Childers +
ChildersLaw, LLC
2135 N.W. 40th Terrace
Suite B
Gainesville, FL 32605-5802

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323



             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Harbor Community Bank           (d)Pinnacle Properties, L.L.C.      (u)TD Bank, N.A.
f/k/a Citizens Bank                c/o Carol Deegan                    TD Auto Finance
3919 West Newberry Rd.             4001 West Newberry Rd.              P O Box 9223
                                   Building A, Ste. IV                 Farmington Hills
                                   Gainesville, FL 32607-2392


End of Label Matrix
Mailable recipients   120
Bypassed recipients     3
Total                 123