UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

In re:                                                                Case No.  16-10014-KKS
                                                                      Chapter 11
WOOD RESOURCE RECOVERY, L.L.C.,

            Debtor.
_____/

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" as set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name and Address of Creditor | Nature of Claim | Approximate Amount of Claim |
|---|---|---|
| Beard Equipment Company<br>2480 East I-65 Service Road, North<br>Mobile, AL 33617 | Parts | $184,560.20 |
| Beard Equipment Company<br>2480 East I-65 Service Road, North<br>Mobile, AL 33617 | Note | $164,433.88 |
| Florida Forestry Service<br>Whithlacoochee Forestry Service<br>15019 Broad Street<br>Brooksville, FL 34601-4201 | Note | $158,258.61 |

| | | |
|---|---|---|
| Ryder Transportation Services<br>600 Windward Parkway<br>Alpharetta, GA 30005 | Services | $157,150.15 |
| Hopping, Green & Sams, P.A.<br>Post Office Box 6526<br>Tallahassee, FL 32314 | Legal Fees | $66,600.00 |
| Patrice Boyes, P.A.<br>414 SW 140th Terrace<br>Suite 100<br>Newberry, FL 32669 | Legal Fees | $51,475.39 |
| Caterpiller, Inc.<br>501 SW Jefferson Ave.<br>Peoria, IL 61630 | Repairs Financing | $40,328.25 |
| Shadowland Farms/Nursery<br>Reinhold Corporation<br>1845 Town Center Boulevard<br>Suite 105<br>Orange Park, FL 32003 | Services | $35,550.00 |
| Morbark, LLC<br>8507 S. Winn Road<br>P.O. Box 1000<br>Winn, Michigan 48896 | Parts | $29,782.74 |
| Tidewater Equipment Co.<br>Post Office Box 1060<br>Starke, FL 32091 | Parts | $27,106.12 |
| WEX Fuel Service (Fleet Fueling)<br>P.O. Box 6293<br>Carol Stream, IL 60197 | Fuel | $26,110.88 |
| Gaston's Tree Service<br>1901 NW 67th Place<br>Suite E<br>Gainesville, FL 32653 | Services | $18,900.00 |
| Gate Fuel Service, Inc. | Judgment | $16,916.96 |

| | | |
|---|---|---|
| 17320 Old St. Augustine Rd.<br>Suite 8, Box 270<br>Jacksonville, FL 32258 | | |
| Westfield Insurance<br>P.O. Box 9001566<br>Louisville, Kentucky 40290 | Insurance | $16,916.96 |
| AG Timber<br>108 Lake Ella Road<br>Fruitland Park, FL 34731 | Subcontractor | $13,749.14 |
| Action Labor of Florida, LLC<br>624 Nottingham Boulevard<br>West Palm Beach, FL 33405 | Services | $10,406.75 |
| Lewis Oil Co., Inc.<br>621 S.E. Depot (7th) Avenue<br>Gainesville, FL 32601 | Product | $5,509.87 |
| Clark Land Clearing<br>4465 Applegate Terrace<br>Crystal River, FL 34428 | Services | $5,200.00 |
| Pinnacle Properties, L.L.C.<br>4001 W. Newberry Road<br>Building A, Suite IV<br>Gainesville, FL 32653 | Lease | $4,770.00 |
| Aramark Uniform Services,<br>Aramark Uniform & Career Apparel, LLC<br>115 North First Street<br>Burbank, CA 91502 | Service Agreement (Uniforms) | $4,419.98 |
| Griffis Lumber, LLC<br>P.O. Box 357310<br>Gainesville, FL 32635 | Services | $4,370.40 |

Respectfully submitted this 3rd day of February 2016,



2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel 866-996-6104  fax 407-209-3870
jchilders@smartbizlaw.com

Seldon J. Childers, Esquire
Florida Bar No. 61112

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document is being served on the date of the filing of this document, as follows:

**By United States Regular Mail, Postage Prepaid to:**
Charles Construction Group, 130 SW 140th Terrace, Newberry FL 32669

Wood Resource Recovery, L.L.C., c/o William G. Gaston, III, 6241 NW 23rd Street, Suite 501A, Gainesville, FL 32653

Wright Express Financial Services Corporation, Attn: Matt Seader, 97 Darling Ave, South Portland, ME 04106

All creditors and interested parties on the attached Court mailing matrix

**By CM/ECF Electronic Transmission to**:
Charles F. Edwards, Assistant U.S. Trustee on behalf of the United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301
charles.edwards@usdoj.gov

United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301
USTPRegion21.TL.ECF@usdoj.gov

   /s/ Seldon J. Childers, Esq.
      Florida Bar No. 61112

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 16-10014-KKS<br>Northern District of Florida<br>Gainesville<br>Wed Feb  3 14:04:18 EST 2016 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | Wood Resource Recovery, L.L.C.<br>6241 NW 23rd St.<br>Suite 501A<br>Gainesville, FL 32653-7105 |
| *Charles Edwards, Asst. US Trustee<br>110 E. Park Ave., #128<br>Tallahassee, FL 32301-7728 | 1st Manatee Bank<br>12215 US Hwy. 301 N<br>Parrish, FL 34219-8410 | Action Labor of Florida, LLC<br>624 Nottingham Blvd.<br>West Palm Beach, FL 33405-2555 |
| Adam Frame<br>700 NW 66th Pl.<br>Ocala, FL 34475-8575 | Alachua County Tax Collector<br>John Power<br>12 SE 1st St.<br>County Administration Bldg.<br>Gainesville, FL 32601-6826 | Allen, Maxwell & Silver, Inc.<br>190 Sylvan Ave.<br>Englewood Cliffs, NJ 07632-2533 |
| Alvin Wilkerson<br>3004 W 9th St.<br>Jacksonville, FL 32254-1958 | Aramark Uniform Services, a<br>division of Aramark Uniform &<br>Career Apparel, LLC<br>115 North First St.<br>Burbank, CA 91502-1856 | Arthur Arville<br>11319 E. Bushnell Rd.<br>Floral City, FL 34436-3414 |
| Beard Equipment Company<br>2480 East I-65 Service Rd. N<br>Mobile, AL 36617-1507 | Bill Gaston<br>9691 NW 53rd Dr.<br>Gainesville, FL 32653-7518 | Brendon Kort<br>7703 Erinwood Court East<br>Jacksonville, FL 32256-2507 |
| Brian Collins<br>7807 Rolling Hills Dr.<br>Jacksonville, FL 32221-6149 | Camilo Fita<br>5328 NW 93rd Ave.<br>Gainesville, FL 32653-7810 | Caterpillar, Inc.<br>Attn: David Spears<br>501 SW Jefferson Ave.<br>Peoria, IL 61630-0003 |
| Caterpillar/Commercial Accounts<br>P O Box 905229<br>Charlotte, NC 28290-5229 | Chaz Branson<br>10980 W. Hwy. 318<br>Reddick, FL 32686-2000 | Chris Celebre<br>1750 SE 80th St.<br>Ocala, FL 34480-6623 |
| Christopher McElroy<br>9551 NW 115th St.<br>Chiefland, FL 32626-3837 | Clarence Lovett<br>1517 Geiger Rd.<br>Starke, FL 32091-4312 | Cody Smith<br>1754 Joe Wilbur Rd.<br>Middleburg, FL 32068-4109 |
| Columbia Bank<br>173 NW Hillsboro St.<br>Lake City, FL 32055-2890 | Corey Fowler<br>45083 Evelyn St.<br>Callahan, FL 32011-3739 | Curtis Dallas<br>296 SE Montrose Ave.<br>Lake City, FL 32025-4743 |

| | | |
|---|---|---|
| Danny Steele<br>P O Box 552<br>Lowell, FL 32663-0552 | David Milam<br>7071 NE 106th Ter.<br>Bronson, FL 32621-5049 | Deere Credit, Inc.<br>P O Box 650215<br>Dallas, TX 75265-0215 |
| Dorothy Livengood<br>7565 NW 47th Way<br>Gainesville, FL 32653-1177 | Edward Godbolt<br>4429 SW 74th Ter.<br>Apt. A<br>Gainesville, FL 32608-0716 | Edward Ross<br>26118 NW C.R. 239<br>Alachua, FL 32615 |
| Florida Department of Revenue<br>Alachua Service Center<br>14107 NW US Hwy. 441<br>Ste. 100<br>Alachua, FL 32615-6390 | Florida Forestry Service<br>Whithlacoochee Forestry Service<br>15019 Broad St.<br>Brooksville, FL 34601-4201 | Ford Credit<br>Customer Service Center<br>P O Box 542000<br>Omaha, NE 68154-8000 |
| Franklin Murchison<br>6835 Misty View Dr.<br>Jacksonville, FL 32210-0401 | Frederick Walker<br>3230 SW Archer Rd.<br>Apt. N166<br>Gainesville, FL 32608-1703 | Gaston Tree Service, LLC<br>6241 NW 23rd St.<br>Ste. 501<br>Gainesville, FL 32653-7109 |
| Gaston Tree Service, LLC<br>Attn: Bill Gaston<br>6241 NW 23rd St., Ste. 501<br>Gainesville, FL 32653-7109 | Gate Fuel Service, Inc.<br>c/o Michael A. Kolcun, Esq.<br>17320 Old St. Augustine Rd.<br>Suite 8, Box 270<br>Jacksonville, FL 32258 | Glenn Spencer<br>21390 SE 70th St.<br>Morriston, FL 32668-5519 |
| Great America Financial<br>Services Corporation<br>625 First Street SE<br>Cedar Rapids, IA 52401-2030 | Harbor Community Bank<br>f/k/a Citizens Bank<br>3919 West Newberry Rd.<br>Gainesville, FL 32607-4828 | Harmon Manning<br>22316 SE 59th Pl.<br>Hawthorne, FL 32640-3669 |
| Hopping Green & Sams, P.A.<br>119 South Monroe St.<br>P O Box 6526<br>Tallahassee, FL 32314-6526 | Horace Adkins<br>5080 SE 55th Ave.<br>Trenton, FL 32693-3047 | Ivan Webb<br>5609 Eartha Dr.<br>Jacksonville, FL 32209-2107 |
| James Broomfield<br>5851 NW 160th St.<br>Trenton, FL 32693-7838 | James Kreczmer<br>10131 Chalker Dr.<br>Jacksonville, FL 32225-6629 | James Lewis<br>7920 SR 100<br>Keystone Heights, FL 32656-9440 |
| James Mathis<br>12 Ryland Pl.<br>Palm Coast, FL 32164-6415 | John Deere<br>One John Deere Pl.<br>Moline, IL 61265-8010 | John Deere Financial<br>Leasing Department<br>P O Box 6600<br>Johnston, IA 50131-6600 |
| John Deere Financial<br>One John Deere Pl.<br>Moline, IL 61265-8010 | John Pearl<br>179 Morris Lake Dr.<br>Hawthorne, FL 32640-5906 | Johnny Emrich<br>5349 SE 44th Loop<br>Trenton, FL 32693-4480 |

| | | |
|---|---|---|
| Jonathan Faison<br>6160 SW C.R. 313<br>Trenton, FL 32693 | Jonathan Overstreet<br>8710 SE 7th Ct.<br>Trenton, FL 32693-2602 | Jules & Associates, Inc.<br>515 S. Figueroa St.<br>Ste. 1950<br>Los Angeles, CA 90071-3312 |
| Jules and Associates<br>2 Country View Rd.<br>Ste. 300<br>Malvern, PA 19355-1420 | Julius Nichols<br>5141 SE 26th St.<br>Ocala, FL 34480-6439 | Kelly Irwin<br>5604 Cruz Rd.<br>Jacksonville, FL 32207-5950 |
| Kenneth McCain<br>P O Box 1685<br>Bronson, FL 32621-1685 | Kyle Brickle<br>5980 CR 218<br>Middleburg, FL 32234-3439 | Larry Cothron<br>P O Box 150<br>Chiefland, FL 32644-0150 |
| Larry Cothron<br>P O Box 307<br>Chiefland, FL 32644-0307 | Laurence Walker<br>3 Cherry Dr.<br>Ocala, FL 34472-9424 | Lawrence Castleberry<br>11602 SE 74th Ter.<br>Belleview, FL 34420-4718 |
| Levin Gaston<br>14930 NW 142nd St.<br>Williston, FL 32696-6681 | Lewis Oil Co., Inc.<br>621 SE Depot (7th) Ave.<br>Gainesville, FL 32601 | M & T Park Investors, Inc.<br>c/o Tony Toccalino<br>6550 53rd St. N<br>Pinellas Park, FL 33781-5630 |
| Manuel Ochoa<br>P O Box 1025<br>Williston, FL 32696-1025 | Mark Leffler<br>P O Box 381<br>Worthington Springs, FL 32697-0381 | Marlin Business Bank<br>P O Box 13604<br>Philadelphia, PA 19101-3604 |
| Martin Hayden<br>4644 SW 136th Ct.<br>Lake Butler, FL 32054-6180 | Michael Janas<br>37 Palm Rd.<br>Ocala, FL 34472-2375 | Nicholas Watts<br>230 SW 2nd Ave.<br>Lake Butler, FL 32054-2008 |
| Norman Waddle<br>700 SE 57th Court Rd.<br>Trenton, FL 32693-4915 | Patrice Boyes, P.A.<br>414 SW 140th Terrace<br>Ste. 100<br>Newberry, FL 32669-5431 | Pinnacle Properties, L.L.C.<br>c/o Carol Deegan<br>4001 West Newberry Rd.<br>Building A, Ste. IV<br>Gainesville, FL 32607-2392 |
| Pitney Bowes Global<br>Financial Services, LLC<br>27 Waterview Dr.<br>Shelton, CT 06484-4301 | Pitney Bowes Global<br>Financial Services, LLC<br>P O Box 371887<br>Pittsburg, PA 15250-7887 | Pitney Bowes Global and<br>Financial Services, LLC<br>2225 American Dr.<br>Neenah, WI 54956-1005 |
| Rachel Barry<br>2330 SW Williston Rd.<br>Apt. 2811<br>Gainesville, FL 32608-4091 | Reinhold Corporation<br>1845 Town Center Blvd.<br>Ste. 105<br>Fleming Island, FL 32003-3358 | Renasant Bank<br>Loan Dept.<br>4373 Newberry Rd.<br>Gainesville, FL 32607-2240 |

Robert Cromer
5540 NE 54th Pl.
High Springs, FL 32643-6112

Robert Sheppard
1588 NE 47th Pl.
Gainesville, FL 32609-8957

Ryder Truck Rental, Inc.
d/b/a Ryder Transportation Services
6000 Windward Pkwy.
Alpharetta, GA 30005-4181

Ryder Truck Rental, Inc.
d/b/a Ryder Transportation Services
Attn: Kim Wall
6000 Windward Pkwy.
Alpharetta, GA 30005-4181

Shadowlawn Farms/Nursery
Reinhold Corporation
1845 Town Center Blvd.
Ste. 105
Orange Park, FL 32003-3358

Signature Financial
Attn: Paul Muojo
Asset Management/Collection
225 Broadhollow Rd., Ste. 132W
Melville, NY 11747-4809

Signature Financial
P O Box 5524
Hicksville, NY 11802-5524

Stearns Bank, N.A.
Equipment Finance Division
P O Box 750
Albany, MN 56307-0750

Stearns Bank, National Association
500 13th St.
P O Box 750
Albany, NY 56307-0750

Steven Bushor
4600 Trout River Blvd.
Jacksonville, FL 32208-1168

Thomas Monroe
P O Box 723
Hawthorne, FL 32640-0723

Thomas Sampson
4847 Colonial Ave.
Jacksonville, FL 32210-4166

Tidewater Equipment Co.
P O Box 1060
Starke, FL 32091-1060

Timothy Johnson
2550 NE 14th St.
Gainesville, FL 32609-3147

Tyophia Clay
7045 SW 17th Pl.
Ocala, FL 34474-1751

USDA Rural Development
Rural Business Services
4440 N.W. 25th Pl.
Gainesville, FL 32606-6508

Vanita Auville
11319 E. Bushnell Rd.
Floral City, FL 34436-3414

WRR of Clay County, LLC
c/o William G. Gaston, III
10606 N. State Rd. 121
Gainesville, FL 32653-1240

WRR of Marion County, LLC
c/o William G. Gaston, III
10606 N. State Rd. 121
Gainesville, FL 32653-1240

Wells Fargo
Equipment Finance, Inc.
1540 West Fountainhead Pkwy.
Tempe, AZ 85282-1839

Wells Fargo
Equipment Finance, Inc.
733 Marquette Ave.
Ste. 700
Minneapolis, NN 55402-2340

William Blong
6330 NW 55th St.
Bell, FL 32619-3872

William Crosby
4314 NW 93rd Ave.
Gainesville, FL 32653-1060

William G. Gaston, III
10606 N. State Road 121
Gainesville, FL 32653-1240

William Gaston, III
10606 N. State Road 121
Gainesville, FL 32653-1240

William Harden
7130 SE 80th St.
Trenton, FL 32693-2219

United States Trustee +
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Charles F. Edwards +
Office of U.S. Trustee
110 East Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Seldon J. Childers +
ChildersLaw, LLC
2135 N.W. 40th Terrace
Suite B
Gainesville, FL 32605-5802

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Harbor Community Bank
f/k/a Citizens Bank
3919 West Newberry Rd.

(d)Pinnacle Properties, L.L.C.
c/o Carol Deegan
4001 West Newberry Rd.
Building A, Ste. IV
Gainesville, FL 32607-2392

(u)TD Bank, N.A.
TD Auto Finance
P O Box 9223
Farmington Hills

End of Label Matrix
Mailable recipients   120
Bypassed recipients     3
Total                 123