**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re                                   Chapter 11

WOOD RESOURCE RECOVERY, L.L.C.,         Case No. 1:16-bk-10014-KKS

      Debtor.
_____/

**CERTIFCATE OF SERVICE**
**(Doc. No. 28)**

I HEREBY CERTIFY a true copy of the Notice of Appearance and Request for Copies (Doc. No. 28) was served on February 3, 2016, by CM/ECF electronic transmission upon:

    Sheldon J. Childers
    Attorney for Wood Resource Recovery, L.L.C.
    2135 NW 40th Terrace, Suite B
    Gainesville, FL 32605
    jchilders@smartbizlaw.com; ellen.lord@smartbizlaw.com;
    2015bncmail@gmail.com; nicole.lafferty@smartbizlaw.com

    Charles F. Edwards
    Assistant U.S. Trustee on behalf of the United States Trustee
    110 E. Park Avenue, Suite 128
    Tallahassee, FL 32301
    charles.edwards@usdoj.gov; USTPRegion21.TL.ECF@usdoj.gov

Dated:  February 4, 2016

                              /s/ Robert A. Soriano
                              Robert A. Soriano (FBN 445002)
                              E-mail: sorianor@gtlaw.com
                              GREENBERG TRAURIG, P.A.
                              Bank of America Plaza
                              101 E. Kennedy Blvd., Suite 1900
                              Tampa, Florida 33602
                              Telephone:  (813) 318-5700
                              Facsimile:  (813) 318-5900
                              *Attorney for 1st Manatee Bank*

*TPA512121493*