UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:                                                Case No. 16-10014-KKS

**WOOD RESOURCE RECOVERY, L.L.C.**,       Chapter 11

         Debtor.
_____/

### CERTIFICATE OF SERVICE (Doc. 89)

**I HEREBY CERTIFY** a true copy of this Court's *Notice of Expedited Hearing via Telephone Conference* (Doc. 89) was served on March 8, 2016 as follows:

**By CM/ECF Electronic Transmission to**:

Charles F. Edwards, Assistant U.S. Trustee on behalf of the United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301 at charles.edwards@usdoj.gov

United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301 at USTPRegion21.TL.ECF@usdoj.gov

Robert A. Soriano, Esquire, Greenburg, Traurig, P.A., Bank of America Plaza, 101 E. Kennedy Blvd., Suite 1900, Tampa, FL 33602 at sorianor@gtlaw.com, rechtinh@gtlaw.com, and tpalitdock@gtlaw.com

John A. Anthony, Esquire, Anthony & Partners, LLC, 201 North Franklin Street, Suite 2800, Tampa, FL 33602 at janthony@anthonyandpartners.com and efilings@anthonyandpartners.com

A. Christopher Kasten, II, Esquire, Bush Ross, P.A., Post Office Box 3913, Tampa, FL 33601-3913 at ckasten@bushross.com

Lawrence J. Bernard, Esquire, Lawrence J. Barnard, P.A., 400 Busch Drive, Jacksonville, FL 32218 at courtmail@schuylaw.com

Gordon A. Dieterle, Esquire, Goede, Adamczyk, Deboest & Cross PLLC, 150 East Palmetto Park Road, Suite 800, Boca Raton, FL 33432 at gdieterle@gadclaw.com

Lewis Martin Killian, Jr., Esquire, and Brian G. Rich, Esquire, Berger Singerman LLP, 125 S. Gadsden Street, Suite 300, Tallahassee, FL 32301 at lkillian@bergersingerman.com, bwalter@bergersingerman.com, efile@bergersingerman.com, and efile@ecf.inforuptcy.com, brich@bergersingerman.com, kbeck@bergersingerman.com, and sfulghum@bergersingerman.com

**By Electronic Transmission to:**

M&T Park Investors, Inc., c/o Tony Toccalino, 6550 53rd Street, N., Pinellas Park, FL 33781 at tony@mtmcontractors.com

Beard Equipment Company, 2480 East I-65 Service Road, N., Mobile, AL 36617 at ptitus@beardequipment.com

John Power, Alachua County Tax Collector, 12 S.E. 1st Street, Gainesville, FL 32601 at davidschwartz@alachuacollector.com and joncostabile@alachuacollector.com

Pinnacle Properties, c/o Carol Deegan, 4001 W. Newberry Road, Building A, Suite IV, Gainesville, FL 32607 at pdhcpa@bellsouth.net

  Ryder Truck Rental, Inc., Attn: Kim Wall, 6000 Windward Parkway, Alpharetta, GA 30005 at Kwall@ryder.com

  Stearns Bank National Association, Attn: Mike McClelland, 500 13th Street, P. O. Box 750, Albany, NY 56307 at MikeM@stearnsbank.com

  Reinhold Corporation, Shadowland Farms & Nursery, 2729 County Road 218, Penney Farms, FL 32079 at gegan@reinholdcorporation.com

  Patrice Boyes, P.A., 414 S.W. 140th Terrace, Suite 100, Gainesville, FL 32669 at pboyes@boyeslaw.com

  Hopping, Green & Sams, P.A., 119 S. Monroe Street, Tallahassee, FL 32314 at KentS@hgslaw.net

  Caterpillar, Inc., Attn: David Spears, P. O. Box 905229, Charlotte, NC 28290 at David.Spears@cat.com

  Wright Express Financial Services Corporation, Attn: Matt Seader, 97 Darling Avenue, South Portland, NE 04106 at Matt.Seader@wexinc.com

  McCrimons Office Systems, Inc., Attn: Matthew A. Scott, 111 Court Street, SE, Live Oak, FL 32064 at matt@moscopier.com

  Susquehanna Commercial Finance, Inc., Attn: Brian Engelhardt, 2 Country View Road, Suite 300, Malvern, PA 19355 at bengelhardt@bbandt.com

  William G. Gaston, III, 10606 N. State Road 121, Gainesville, FL 32653 at bill@gastondr.com

  I FURTHER CERTIFY that a true copy of this Court's *Notice of Expedited Hearing via Telephone Conference* (Doc. 89) was served on March 9, 2016 as follows:

**By Electronic Transmission to:**

  Gaston Tree Service, LLC, 1901 N.W. 67th Place, Ste. E, Gainesville, FL 32653 at sgaston@gastonstreeservice.com

  Agri-Timber, Inc., 108 Lake Elia Road, Fruitland Park, FL 34731 at Agritimber@yahoo.com

  Modern Septic, 10980 W. Hwy 318, Reddick, FL 32686 at Melissa.obier19@gmail.com

**By Facsimile Transmission to:**

  A. Boehmke, Bankruptcy Specialist, Internal Revenue Service, 400 W. Bay Street M/S 5730, Jacksonville, FL 32202 at 855-696-9543

  DATED March 9, 2016.



  2135 NW 40th Terrace, Suite B
  Gainesville, Florida 32605
  tel 866.996.6104   fax 407.209.3870
  net jchilders@smartbizlaw.com

   /s/ Seldon J. Childers, Esq. .
    Florida Bar No. 61112